*In re* **O'BRIAN**, Rory Allen (MR 21179)
Sacramento, CA

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Rory Allen O'Brian is disbarred.

*In re* **PICL**, Frank Matthew (MR 21151)
Peoria, IL

Order of the Court:

The motion by Frank Matthew Picl to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.